Michael J. Collins et al., Appellants, v. Henry Friend, Appellee.

Gen. No. 23,130.     (Not to be reported in full.)

Same v. R. C. Jenkinson et al., Appellees.
Gen. No. 23,131.     (Not to be reported in full.)

Same v. Louis M. Stumer et al., Appellees.
Gen. Nos. 23,132, 23,133.     (Not to be reported in full.)

Same v. Ava W. Farwell et al., Appellees.
Gen. No. 23,134.     (Not to be reported in full.)

Same v. A. Bishop & Company, Appellees.
Gen. No. 23,136.     (Not to be reported in full.)

Appeals from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed July 19, 1917. *Certiorari* denied by Supreme Court (making opinion final).

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.
Vol. CCVII 16

## Statement of the Case.

Bill by Michael J. Collins and others, as and comprising the Board of Education of the City of Chicago, complainants, against Henry Friend, defendant, to modify or set aside appraisements of land made under the provisions of a lease. This case was consolidated with the similar cases against R. C. Jenkinson and others, Gen. No. 23,131; Louis M. Stumer and others, Gen. Nos. 23,132, 23,133; Ava W. Farwell and others, Gen. No. 23,134; and A. Bishop & Company, Gen. No. 23,136. From a judgment for defendants, complainants appeal. The decision in this case is governed by *Collins v. McVickers Theater Co.*, Gen. No. 22,582, *ante*, p. 240.

Angus Roy Shannon, for appellants; Chauncey M. Millar and John E. Foster, of counsel.

Donald L. Morrill, for appellee.

Mr. Justice McDonald delivered the opinion of the court.

## Abstract of the Decision.

Landlord and tenant, § 291*—*when motion to compel defendants in appraisement proceedings to pay into court amounts admitted to be due is proper*. Where the object of a bill is to modify or' set aside appraisements of the value of the property as a basis for rent made under the provisions of a lease, and not to recover rent due, a motion by complainants to require defendants to pay into court the amounts admitted by the respective owners to be due under the appraisements as made, and which the complainants had previously refused to accept, is proper.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.